IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAYVON FLEMMING,

    Plaintiff,                                  ORDER

v.

DR. DANIEL LAVOIE, ET AL.,            Case No.  23-cv-349-wmc

    Defendants.

Plaintiff Jayvon Flemming has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately  preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than June 16, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Jayvon Flemming may have until June 16, 2023 to submit a trust fund account statement for the period beginning approximately November 26, 2022 and ending approximately May 26, 2023.  If, by June 16, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 26th day of May, 2023.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge